IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SCHNEIDER NATIONAL CARRIERS, INC.**

    **Plaintiff,**

**v.**                                                                            **Case No. 1:18-cv-172-AW-GRJ**

**BRIANNA ROBINSON,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 23, 2020 Report and Recommendation. ECF No. 23. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 23) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "Judgment is entered in favor of Schneider National Carriers, Inc., against Brianna Robinson, in the amount of $105,678.03 plus post-judgment interest to accrue at the applicable federal rate."

3. The clerk will close the file.

SO ORDERED on August 22, 2020.

                                                                s/ *Allen Winsor*
                                                                 United States District Judge